PROB 12C
(6/16)

Report Date: August 2, 2016

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 04, 2016

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Efren Ariza Acevedo            Case Number: 0980 2:09CR02069-EFS-1

Address of Offender: ███████████████████  Yakima, Washington 98901

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: March 17, 2010

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison 54 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Ian Lloyd Garriques | Date Supervision Commenced: August 22, 2013 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: August 21, 2016 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/23/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Acevedo provided a random urine sample on July 25, 2016, which was presumptive positive for Tetrahydrocannabinol (THC).  The offender signed an admission form stating he used marijuana.  The specimen was sent for further laboratory analysis. It was confirmed positive for marijuana metabolite on July 28, 2016. |
| | Mr. Acevedo met with this officer on July 26, 2016, and admitted he used marijuana on July 23,2016.  He advised he used marijuana after getting into a fight with rival gang members. He was at a local bar playing ping pong with a family member when he was confronted by the rivals.  He told them he is "no longer actively involved and does not gangbang", however this did not deter them, leading to a fight.  He believes he was hit in the back with a bat or another object leading to an injury to his lower back.  He said he was angry and frustrated after the fight and instead of taking revenge, he smoked some marijuana to calm down.  He understands smoking marijuana is unacceptable and he will complete a substance abuse assessment with the hope of learning different coping skills. |

Prob12C
**Re: Acevedo, Efren Ariza**
**August 2, 2016**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 2, 2016

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Edward F. Shea*

Signature of Judicial Officer

August 4, 2016

Date